FILED
May 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE LUIS RODRIGUEZ,**<br><br>Defendant. | **Case No: EP:25-CR-00965-DCG**<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 21:952(a)-Importation of a Controlled Substance; and<br><br>**CT 2**: 21:841(a)(1)-Possession of a Controlled Substance with Intent to Distribute. |

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about April 11. 2025, in the Western District of Texas, Defendant,

**JOSE LUIS RODRIGUEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(F).

### COUNT TWO

That on or about April 11, 2025, in the Western District of Texas, Defendant,

**JOSE LUIS RODRIGUEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 40 grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2

Rev. 2016-02-16