## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| | § | No: EP:25-CR-00965(1)-DCG |
| vs. | § | |
| | § | |
| (1) Jose Luis Rodriguez | § | |
| | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
### AND
### ENTRY OF PLEA OF NOT GUILTY

   **COMES NOW** Defendant in the above referenced case who, along with his undersigned attorney hereby acknowledges the following:

   1)   Defendant has received a copy of the indictment or information in this case.   Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional Rights, after being advised of all the above by his/her attorney.

   2)   Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation.   Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

   Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and, by this instrument, tenders his/her plea of "not guilty".   The defendant understands that the entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date:   5/16/25                          X _____
                                              Defendant

                                         _____
                                              Attorney for Defendant

### ORDER

**APPROVED** by this Court.  A plea of "Not Guilty" is entered for defendant effective **this date**.

Date:   _____          _____
                                              United States Magistrate Judge

## WAIVER OF MINIMUM TIME TO TRIAL

3)    Defendant understands that he/she has a right to minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.  Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30) day period..

        Defendant, having conferred with his/her attorney in this regard , hereby WAIVES the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date:    5/14/25                              X _____
                                                          Defendant

                                              _____
                                                  Attorney for Defendant