UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO:   EP:25-CR-00965(1)-DCG |
| | § § | |
| (1) JOSE LUIS RODRIGUEZ | § | |

ORDER ACCEPTING WAIVER OF
PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **21st day of May, 2025**.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE