UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   EP:25-CR-00965(1)-DCG |
| | § | |
| (1) Jose Luis Rodriguez | § | |

### ORDER

On this day, the Court considered Defendant's Motion for Administrative Setting in Lieu of Appearance at Docket Call filed in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interest of justice outweigh the interest of the Defendant and of the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from June 6, 2025 through July 9, 2025, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Administrative Setting in Lieu of Appearance at Docket Call is GRANTED. This cause is rescheduled for **DOCKET CALL on: July 9, 2025 at 1:45 PM   *BY ZOOM VIDEO CONFERENCE.*** **A link for the Zoom video conference will be forwarded to you no later than twenty-four hours before the scheduled hearing.  Please join the video conference by clicking on the link, from your device, at least 15 minutes prior to the scheduled time of the hearing.**

**SIGNED AND ENTERED** this 9th day of June, 2025.

_____
DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT
JUDGE