UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | Senior Judge: DAVID C GUADERRAMA |
| vs. | § | No: EP:25-CR-00965(1)-DCG |
| (1) Jose Luis Rodriguez | § | |

## ORDER RESETTING DOCKET CALL

IT IS ORDERED that the above-entitled case is reset for hearing in the United States District Court in El Paso, Texas as follows:

DOCKET CALL:    **Before SENIOR UNITED STATES DISTRICT JUDGE DAVID C GUADERRAMA July 2, 2025 at 1:40 PM *BY ZOOM VIDEO CONFERENCE*.**
**A link for the Zoom video conference will be forwarded to you no later than twenty-four hours before the scheduled hearing. Please join the video conference by clicking on the link, from your device, at least 15 minutes prior to the scheduled time of the hearing.**

DATE:    16th day of June, 2025

_____
DAVID C. GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE