**United States District Court**
Western District of Texas
El Paso Division

FILED
Aug 19 2025
Clerk, U.S. District Court
Western District of Texas

By: _____*AQ*_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § § | Case Number: EP:25-CR-00965(1)-DCG |
| **(1) JOSE LUIS RODRIGUEZ** §  *Defendant* | IN PERSON |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on:

**Monday, September 15, 2025 at 9:00 AM**

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from August 18, 2025 through September 15, 2025, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

IT IS SO ORDERED this the 19th day of August, 2025.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  EP:25-CR-00965(1)-DCG |
| (1) JOSE LUIS RODRIGUEZ | § § | |

**<u>DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS</u>**

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(l), and 32(g).

I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_____     _____
            Date                                              Defendant

                                                        _____
                                                         Attorney for Defendant

                                                        _____
                                                         Assistant U.S. Attorney

APPROVED: _____     _____
                    Date                                    LAURA ENRIQUEZ
                                                        UNITED STATES MAGISTRATE JUDGE