## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **USA** | § |
| | § |
| vs. | § **Case Number:** |
| | § **EP:25-CR-00965(1)-DCG** |
| **(1) Jose Luis Rodriguez** | § |
| *Defendant* | |

## ORDER SETTING MOTION TO WITHDRAW

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTION TO WITHDRAW in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on:

### Wednesday, September 24, 2025 at 3:00 PM

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, and the United States Attorney.

IT IS FURTHER ORDERED that if for any reason counsel for the defendant or counsel for the Government is not available, then that attorney must file a motion for continuance.

IT IS SO ORDERED on this **18th day of September, 2025**.

_____

DAVID C GUADERRAMA
HON. SENIOR UNITED STATES
DISTRICT JUDGE